THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 John Carrigg,
 Sr., Respondent,
 v.
 Mable Gilbert, Appellant.
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No.   2010-UP-250
Submitted April 1, 2010  Filed April 26,
 2010
AFFIRMED

 
 
 
 Barrett R. Brewer, of Charleston, for
 Appellant.
 John  Carrigg, Jr., of Irmo, for
 Respondent.
 
 
 

PER CURIAM:   The appeal arises from a personal injury case in which John Carrigg was awarded a jury verdict of $12,277.08.  Mable
 Gilbert appeals the award of costs for the video depositions of two of Carrigg's
 witnesses.  Specifically, Gilbert argues (1) for the purposes of recovering
 these costs, court reporters and videographers are not
 "commissioners" under section 15-37-40 of the South Carolina Code
 (2005) and (2) section 15-37-40 does not allow the recovery of video deposition
 costs because they are not expressly allowed by statute or by rule of court.  We affirm[1] pursuant
 to Rule 220(b), SCACR, and the following authorities:
1.  Concerning whether court reporters
 are commissioners under section 15-37-40: S.C. Dep't of Transp. v. First
 Carolina Corp. of S.C., 372 S.C. 295, 301, 641 S.E.2d 903, 907 ("'There are four basic requirements to preserving
 issues at trial for appellate review.
  The issue must have been (1) raised to and ruled upon by the trial court, (2)
 raised by the appellant, (3) raised in a timely manner, and (4) raised to the
 trial court with sufficient specificity.'" (quoting Jean Hoefer Toal et
 al., Appellate Practice in South Carolina 57 (2d ed. 2002))).
2.  Concerning Gilbert's remaining arguments: Id. (holding
 in order for an issue to be preserved for appellate review, it must have been
 raised to and ruled upon by the trial court).
 AFFIRMED.
HUFF, THOMAS, and KONDUROS, JJ., concur.

[1]   We decide this case without oral argument pursuant
 to Rule 215, SCACR.